**Order entered June 15, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01411-CR

### ANTHONY PHIFER, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-75027-V**

## ORDER

The Court **REINSTATES** this appeal.

On May 21, 2015, we ordered the trial court to make findings regarding why appellant's brief had not been filed. On June 10, 2015, we received appellant's brief. Therefore, in the interest of expediting the appeal, we **VACATE** the May 21, 2015 order requiring findings.

We note that appellant was convicted of attempted unlawful restraint of a child under the age of seventeen, an offense which requires registration under the Sex Offender Registration provisions of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. P. ANN. art. 62.001(5)(E), (G) (West Supp. 2014). Appellant's brief, however, identifies the complaining witness by her full name.

Accordingly, we **STRIKE** the appellant's brief tendered on June 10, 2015. We **ORDER** appellant to file, within **TEN DAYS** of the date of this order, an amended brief that identifies the complaining witness by her initials only.

We **DIRECT** the Clerk to send copies of this order to Daniel Oliphant and the Dallas County District Attorney's Office.

/s/    ADA BROWN
JUSTICE